UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br>　　v.<br>Jesus Manuel Villarreal,<br>　　　　　Defendant. | No. CR 11-1051-2-PHX-FJM-MB<br><br>**ORDER** |

　　To correct a scrivener's error, and in accord with what the defendant was advised by the Court on the record, **IT IS HEREBY ORDERED** amending the June 8, 2011 Order Setting Conditions of Release as to defendant Jesus Manuel Villarreal to indicate that the defendant is not to travel outside of Arizona. The defendant is specifically not to travel to Mexico.

　　DATED this 27th day of June, 2011.

_____
Jay R. Irwin
United States Magistrate Judge

cc: PTS (done ajt)